# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| JUAN MANUEL BUSTOS-ROJAS,<br><br>  Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | 2:23-cv-30<br>(2:14-cr-12) |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Movant Juan Bustos-Rojas ("Bustos-Rojas") did not file Objections to this Report and Recommendation, and the time to do so has elapsed. Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court, **DISMISS** Bustos-Rojas' 28 U.S.C. § 2255 Motion, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Bustos-Rojas *in forma pauperis* status on appeal and a Certificate of Appealability.

SO ORDERED, this 25 day of January, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA